■ PALA DAWKINS, Respondent, v RHOENNA CAMPBELL-ROBINSON et al., Appellants. [898 NYS2d 454]—

Orders, Supreme Court, Bronx County (Paul Victor, J.), entered on or about August 10, 2009 and November 18, 2009, respectively, which denied defendants' motions to dismiss the complaint, unanimously reversed, on the law, without costs, and the motions granted. The Clerk is directed to enter judgment dismissing the complaint.

Plaintiff's claims of defamation, wrongful discharge and intentional infliction of emotional distress are preempted by section 301 of the federal Labor Management Relations Act of 1947 (29 USC § 185), because they require interpretation of a collective bargaining agreement (*Griffiths v Triangle Servs., Inc.*, 59 AD3d 278 [2009]). Concur—Andrias, J.P., Sweeny, Renwick, Abdus-Salaam and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JOSEPH, Appellant. [899 NYS2d 722]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Robert M. Stolz, J.), rendered on or about July 22, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Andrias, J.P., Sweeny, Renwick, Abdus-Salaam and Manzanet-Daniels, JJ.